**Order entered July 26, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00132-CV

## IN THE INTEREST OF C.D.G., A.D.G. AND L.M.G., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-55585-2013**

## ORDER

Before the Court is appellant's July 22, 2021motion requesting a third thirty-day extension of time to file her brief on the merits.  We **GRANT** the motion **only to the extent** that we extend the time to **August 16, 2021**.  We strongly caution appellant that further extension requests will be disfavored.

/s/     CRAIG SMITH
JUSTICE